

# United States District Court
# Eastern District of California

| | |
|---|---|
| Fresno Athletic Corporation | Case Number: 1:23–CV–00549–ADA–SKO |
| Plaintiff(s) | |
| V. | APPLICATION FOR PRO HAC VICE |
| Bulldog Sports Properties, LLC | AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Jozeff Wayne Gebolys _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Defendant Bulldog Sports Properties, LLC dba Bulldog Sports Properties

On _____11/16/2015_____ (date), I was admitted to practice and presently in good standing in the

_____Supreme Court of Ohio_____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date: _____04/18/2023_____          Signature of Applicant: /s/ Jozeff Wayne Gebolys _____

**Pro Hac Vice Attorney**

Applicant's Name:              Jozeff Wayne Gebolys

Law Firm Name:                 Taft Stettinius & Hollister, LLP

Address:                       200 Public Square

                               Suite 3500

City:          Cleveland                State:    OH      Zip:   44114

Phone Number w/Area Code:      (216) 706-3885

City and State of Residence:   Cleveland Ohio

Primary E-mail Address:        jgebolys@taftlaw.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name:          Alexander M. Medina

Law Firm Name:                 Medina McKelvey LLP

Address:                       8050 N. Palm Ave

                               Suite 300

City:          Fresno                   State:    CA      Zip:   93711

Phone Number w/Area Code:      (916) 960-2211          Bar #    222015

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  4/21/2023                    _Sheila K. Oberto_

                                     JUDGE, U.S. DISTRICT COURT