MATTHEW B. MOCK (SBN 316380)
matthew.mock@afslaw.com
JESSICA B. DO (SBN 317517)
jessica.do@afslaw.com
**ARENTFOX SCHIFF LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013
Telephone:    213.629.7400
Facsimile:     213.629.7401

Attorneys for Plaintiff and Counter-Defendant
THE CALIFORNIA STATE UNIVERSITY, FRESNO
ATHLETIC CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CALIFORNIA STATE UNIVERSITY, FRESNO ATHLETIC CORPORATION, a California public benefit nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>BULLDOG SPORTS PROPERTIES, LLC DBA BULLDOG SPORTS PROPERTIES, a Missouri limited liability company, and DOES 1 to 50, inclusive<br><br>Defendants. | Case No. 1:23-CV-00549-SKO<br><br>**JOINT STIPULATION TO DISMISS THE COMPLAINT AND COUNTERCLAIM WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)**<br><br><br>Judge:     Hon. Sheila K. Oberto<br>Trial Date: Not Assigned<br>Date Action Filed: March 1, 2023 |
| AND RELATED COUNTERCLAIMS. | |

**TO THE HONORABLE COURT:**

Plaintiff and Counter-Defendant THE CALIFORNIA STATE UNIVERSITY, FRESNO ATHLETIC CORPORATION ("Plaintiff"), and Defendant and Counter-Plaintiff BULLDOG SPORTS PROPERTIES, LLC dba BULLDOG SPORTS PROPERTIES ("Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

**WHEREAS**, on March 1, 2023, Plaintiff filed the instant lawsuit in the Superior Court of the State of California, County of Fresno, Case No. 23CECG00768;

**WHEREAS**, on April 7, 2023, Defendant filed a Notice of Removal and removed this action to the United States District Court Eastern District of California, Case No. 1:23-CV-00549-SKO;

**WHEREAS**, on April 24, 2023, Defendant filed an Answer and Counterclaim against Plaintiff;

**WHEREAS**, on May 12, 2023, Plaintiff filed an Answer to Defendant's Counterclaim;

**WHEREAS**, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(ii), "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared";

**WHEREAS**, the Parties have reached a confidential settlement concerning this action;

**WHEREAS**, pursuant to the Parties' Confidential Settlement Agreement, Plaintiff agrees to dismiss its Complaint in its entirety with prejudice;

**WHEREAS**, pursuant to the Parties' Confidential Settlement Agreement, Defendant agrees to dismiss its Counterclaim in its entirety with prejudice;

**WHEREAS**, the Parties agree that each party will bear its own attorneys' fees and costs incurred in connection with this stipulation for dismissal, the dismissal, and the action;

**NOW, THEREFORE**, based upon the following, the Parties, and each of them, by and through their respective counsel of record, hereby stipulate as follows:

1. Plaintiff's Complaint against Defendant is dismissed with prejudice in its entirety;
2. Defendant's Counterclaim against Plaintiff is dismissed with prejudice in its entirety; and
3. The Parties will bear their own attorneys' fees and costs incurred in connection with this stipulation for dismissal, the dismissal, and the action.

**IT IS SO STIPULATED.**

Dated: April 30, 2024      **ARENTFOX SCHIFF LLP**

By: */s/ Matthew B. Mock*
    Matthew B. Mock
    Jessica B. Do

Attorneys for Plaintiff and Counter-Defendant THE CALIFORNIA STATE UNIVERSITY, FRESNO ATHLETIC CORPORATION

Dated: April 30, 2024      **MEDINA MCKELVEY LLP**

By: */s/ Rabindra M. David*
    (as authorized on April 30, 2024)
    Alexander M. Medina
    Rabindra M. David

Attorneys for Defendant and Counter-Plaintiff THE BULLDOG SPORTS PROPERTIES, LLC DBA BULLDOG SPORTS PROPERTIES

Dated: April 30, 2024      **TAFT STETTINIUS & HOLLISTER LLP**

By: */s/ Lynn Rowe Larsen*
    (as authorized on April 30, 2024)
    Lynn Rowe Larsen (*admitted pro hac vice*)
    JoZeff W. Gebolys (*admitted pro hac vice*)

Attorneys for Defendant and Counter-Plaintiff THE BULLDOG SPORTS PROPERTIES, LLC DBA BULLDOG SPORTS PROPERTIES