1

2

3

4

5

6

7

8                              **UNITED STATES DISTRICT COURT**

9                       **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   FRESNO ATHLETIC CORPORATION, a          Case No. 1:23-CV-00549-SKO
     California public benefit nonprofit
12   corporation,

13              Plaintiff,                     ORDER DIRECTING CLERK TO CLOSE
                                               THE CASE
14          v.
                                               (Doc. 29)
15   BULLDOG SPORTS PROPERTIES, LLC
     DBA BULLDOG SPORTS PROPERTIES,
16   a Missouri limited liability company, and
     DOES 1 to 50, inclusive
17
                Defendants.
18

19
            On April 30, 2024, the parties filed a joint stipulation dismissing the action with prejudice.
20
     (Doc. 29).  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P.
21
     41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been
22
     dismissed with prejudice.  Accordingly, the Clerk of Court is directed to close this case.
23

24

25   IT IS SO ORDERED.

26   Dated:   **May 6, 2024**                        */s/ Sheila K. Oberto*

27                                                 UNITED STATES MAGISTRATE JUDGE

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28